**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 15, 2004.

## ORDER

PER CURIAM.

AND NOW, this 15th day of November, 2004, the above captioned appeal is quashed for failure to file a brief.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Holly Stevens FURNE, Respondent.**

No. 978 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 16, 2004.

## ORDER

PER CURIAM.

AND NOW, this 16th day of November, 2004, there having been filed with this Court by Holly Stevens Furne her verified

Statement of Resignation dated October 7, 2004, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Holly Stevens Furne be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.